Arthur R. Wolfe, appellant, v. Chicago City Railway Company et al., appellees. Gen. No. 26,026.

Action for damages for personal injuries received in attempting to board defendant's street car. Verdict and judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Mazzini Slusser, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed December 19, 1921. Rehearing denied January 3, 1922.

John G. Carter and Wilkerson, Cassels, Potter & Gilbert, for appellant; Ralph F. Potter, of counsel. Harry P. Weber, George W. Miller, Arthur J. Donovan and Arthur A. Anderson, for appellees; John R. Guilliams and Joseph D. Ryan, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

H. M. Stephens, defendant in error, v. Wabash Railway Company, plaintiff in error. Gen. No. 26,175.

Action to recover the value of cantaloupes shipped over defendant's railway which as warehouseman it failed to keep iced at destination. Judgment for plaintiff. Error to the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed December 19, 1921.

John Gibson Hale, for plaintiff in error. Blum, Wolfsohn & Blum, for defendant in error.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Edward M. Miller, administrator of the estate of Walter Linder, deceased, plaintiff in error, v. Walker D. Hines, director general of railroads, defendant in error. Gen. No. 26,717.

Action for death of plaintiff's intestate in a collision between a taxicab, in which he was riding, with defendant's engine, due to failure to operate crossing gates and signals. Verdict and judgment for defendant. Error to the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. McSurely, J., dissenting. Opinion filed December 19, 1921. Rehearing denied January 3, 1922.

Finn & Miller, for plaintiff in error. J. A. Connell, and Russell B. James, for defendant in error; Bruce Scott, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.